WALSH INVESTIGATIVE & SECURITY CONSULTANTS, INC.
PO BOX 524, Fishkill, New York 12524 Phone (845) 896-3566

Client: SULLIVAN, WARD, ASHER & PATTON, P.C.

Index No.: 07-CIV-7273
Date Purchased:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38, et al.,

      Plaintiff/Petitioner      AFFIDAVIT OF SERVICE

   -against-

CYCLONE, INC., and ERIK J. HARKINS,

      Defendant/Respondent
----------------------------------x

STATE OF NEW YORK, COUNTY OF DUTCHESS SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of New York.

That on 08/23/07 at 7:25 AM, at 4 MULLHOLAND DRIVE, UNIT 4B, FISHKILL, NY, 12524 deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF
JUDGE STEPHEN C. ROBINSON, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC
CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING AND PROCEDURES FOR
ELECTRONIC CASE FILING on CYCLONE, INC. DEFENDANT therein named,

Corporation  by personally delivering and leaving the same with ERIK J. HARKINS, who informed deponent that he/she holds the position of OWNER with said company and is authorized by appointment or by law to receive service at this address.

Description  Skin: WHITE  Sex: MALE  Hair: BROWN/RED
            Weight: 210 Height: 6'0  Age: 35
            Other Identifying Features: MUSTACHE, BEARD

Sworn to before me this
23rd. day of August 2007

_____      _____
Heather Lee Lawson                     MATTHEW SEAMAN
Notary Public, State of New York
No. 4943125, Qual. in Dutchess Cty.
Comm. Exp. 10/17/10