WALSH INVESTIGATIVE AND SECURITY CONSULTANTS, INC.
PO Box 524, Fishkill, New York 12524 Phone: (845) 898-3566

Client: SULLIVAN, WARD, ASHER & PATTON, P.C.
Index No.: 07-CIV-7273
Date Purchased:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38, et al.,
      Plaintiff/Petitioner        AFFIDAVIT OF SERVICE

   -against-

CYCLONE, INC., and ERIK J. HARKINS,

      Defendant/Respondent
----------------------------------------x

STATE OF NEW YORK, COUNTY OF DUTCHESS SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of New York.

That on 08/23/07 at 7:25 AM, at 4 MULLHOLAND DRIVE, UNIT 4B, FISHKILL, NY, 12524 deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF
JUDGE STEPHEN C. ROBINSON, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC
CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING AND PROCEDURES FOR
ELECTRONIC CASE FILING on ERIK J. HARKINS DEFENDANT therein named,

Individual    by delivering a true copy of each to said DEFENDANT personally; deponent knew the person so served to be the person described as said DEFENDANT therein.
At the time of service, deponent asked whether DEFENDANT is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

Description    Skin: **WHITE**    Sex: **MALE**    Hair: **BROWN/RED**
             Weight: **210** Height: **6'0**    Age: **35**    Other Identifying
             Features: **MUSTACHE, BEARD**

Sworn to before me this
23rd. day of August 2007

_____        _____
Heather Lee Lawson                             MATTHEW SEAMAN
Notary Public, State of New York
No. 4943125, Qual. in Dutchess Cty.
Comm. Exp. 10/17/10