UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SULLIVAN, WARD, ASHER & PATTON, P.C.
25800 Northwestern Hwy.
1000 Maccabees Center
PO Box 222
Southfield, Michigan 48037-0222
Telephone: 248.746.0700
Facsimile: 248.746.2760
Attorneys of Record for Plaintiff
David J. Selwocki (DS1018)



_____/

SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 VACATION FUND,
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 INSURANCE AND
WELFARE FUND, SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL NO. 38
PROFIT SHARING PLAN, SHEET METAL WORKERS
LOCAL 38 LABOR MANAGEMENT COMMITTEE
AND TRUST, SHEET METAL WORKERS LOCAL 38
CRAFT TRAINING FUND, SHEET METAL WORKERS
NATIONAL PENSION FUND, SHEET METAL WORKERS
LOCAL 38 CRAFT TRAINING BUILDING FUND, TRUST
FUNDS established and administered pursuant to federal law,

    Plaintiffs,

vs.

CYCLONE, INC., a New York Corporation, and
ERIK J. HARKINS, Individually,

    Defendants.
_____/

Case No.: 07-civ-7273
Judge Stephen C. Robinson

## NOTICE OF ENTRY OF DEFAULT JUDGMENT

To:   Cyclone Inc.
      Erik J. Harkins
      4 Mullholland Drive, Unit 4B
      Fishkill, New York 12524

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DCC #: _____
DATE FILED: _____

   THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE OCTOBER 16, 2007, (20 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE), THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU.  IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE.  IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU.  ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

              Respectfully submitted,

              SULLIVAN, WARD,
              ASHER & PATTON, P.C.

       By: _____
           David J. Selwocki (DS1018)
           Attorney for Plaintiffs
           1000 Maccabees Center
           25800 Northwestern Highway
           P. O. Box 222
           Southfield, MI  48037-0222
           248.746.0700

Dated:   September 26, 2007

W0555317/S23-117811