UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SULLIVAN, WARD, ASHER & PATTON, P.C.**
**25800 Northwestern Hwy.**
**1000 Maccabees Center**
**PO Box 222**
**Southfield, Michigan  48037-0222**
**Telephone:   248.746.0700**
**Facsimile:    248.746.2760**
**Attorneys of Record for Plaintiff**
**David J. Selwocki  (DS1018)**

_____/

SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 VACATION FUND,
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 INSURANCE AND
WELFARE FUND, SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL NO. 38
PROFIT SHARING PLAN, SHEET METAL WORKERS
LOCAL 38 LABOR MANAGEMENT COMMITTEE
AND TRUST, SHEET METAL WORKERS LOCAL 38
CRAFT TRAINING FUND, SHEET METAL WORKERS
NATIONAL PENSION FUND, SHEET METAL WORKERS
LOCAL 38 CRAFT TRAINING BUILDING FUND, TRUST
FUNDS established and administered pursuant to federal law,

   Plaintiffs,                                                          Case No.: 07-civ-7273
                                                                        Judge Stephen C. Robinson
vs.

CYCLONE, INC., a New York Corporation, and
ERIK J. HARKINS, Individually,

   Defendants.
_____/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## DEFAULT JUDGMENT

This action having been commenced on August 15, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendants, Cyclone, Inc., and Erik J. Harkins, on August 23,

2007, by personal service, and a proof of service having been e-filed with the Court (Doc. #2 and #3), and the Defendants not having filed any responsive pleadings, it is

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiffs have Judgment against Defendants in the liquidated amount of $46,071.97. This being a collection action for unpaid fringe benefit contributions the requested Judgment amount was computed as follows:

| | |
|---|---:|
| Unpaid contributions and liquidated damages pursuant to 29 USC §1132(g)(2)(A) for the time period of October 2006 through March 2007 | $40,194.97 |
| Interest on the unpaid contributions pursuant to 29 USC §1132(g)(2)(B) | 2,486.50 |
| Interest on the unpaid contributions pursuant to 29 USC §1132(g)(2)(C)(i) | 2,486.50 |
| Reasonable attorney fees and costs of the action pursuant to 29 USC §1132(g)(2)(D) | |

Computed as follows:
    Attorney Fees: 1.9 hours @ $160.00/hr     $304.00
    Filing Fee of Summons & Complaint     350.00
    Service Fee     70.00
    Interest Calculation Accounting Fee     180.00
    Total Attorney fees and costs     904.00

TOTAL JUDGMENT REQUESTED:     $46,071.97

White Plains
Dated: ~~New York~~, New York
October 5, 2007

_____
STEPHEN C. ROBINSON
U.S. District Court Judge

This document was entered on the docket
on _____.

W0555317/S23-11781